**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABDUL RIFAI AND
DANI HBOUS,

          PLAINTIFFS,

                                 **CASE NO.: 6:22-cv-717**

V.

NATIONWIDE MUTUAL INSURANCE COMPANY,

          DEFENDANT.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

      Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, by and through the undersigned counsel, hereby files this Notice of Removal of the civil action styled, "Abdul Rifai and Dani Hbous v. Nationwide Mutual Insurance Company" from the Circuit Court for Orange County, Florida, in which it is now pending, to the United States District Court for the Middle District of Florida, pursuant to the provisions of 28 U.S.C. §1441, *et seq.* and 28 U.S.C. § 1332, *et seq.*, on the basis of the following facts, which show that this case is properly removable:

      1.     Plaintiffs, Abdul Rifai and Dani Hbous, filed a Complaint against Nationwide Mutual Insurance Company which is currently pending in the Circuit Court for Orange County, Florida, case number 2022-CA-19120 ("the Lawsuit"). Nationwide requested an extension of time to respond to the Complaint which Plaintiffs informally granted via email. ***See*** **Correspondence attached hereto as Exhibit A**.

      2.     In accordance with 28 U.S.C. §1446, this Notice is being filed within thirty days of Defendant's initial receipt of the Complaint filed by Plaintiff. A copy of the initial pleading setting forth the claim for relief was first received by Nationwide Mutual Insurance Company on

March 15, 2022. ***See Service of Process attached hereto as Exhibit B***. The time for filing this Notice under the statutes of the United States does not expire until April 14, 2022.

3.    The Lawsuit is a civil action in which the Plaintiffs seek monetary compensation for property damage they allegedly sustained to their property. ***See Plaintiff's Complaint at ¶¶ 7-12.***

4.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending and is filed within the time provided for the removal of actions to the United States District Court. *See* **28 U.S.C § 1446 (b) (3)**.

5.    As fully set forth below, this Court has jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

6.    Nationwide files this Notice of Removal within thirty (30) days of being first served.

## COMPLETE DIVERSITY EXISTS

7.    At the time of the Lawsuit and the filing of this Notice of Removal, there was and remains complete diversity between Plaintiffs (citizens of Florida) and Nationwide (not a Florida citizen).

8.    Abdul Rifai is a citizen of Florida. Mr. Rifai co-owns and resides at 8728 Crestgate Circle, Orlando, Florida 32819. On knowledge and belief, Mr. Rifai neither owns property in nor claims residence in any other State or Territory in the United States. ***See Property Record attached hereto as Exhibit C.***

9.    Dani Hbous is a citizen of Florida. Ms. Hbous co-owns and resides at 8728 Crestgate Circle, Orlando, Florida 32819. On knowledge and belief, Ms. Hbous is registered to

vote in Orange County, Florida, has a valid Florida driver's license, and neither owns property in nor claims residence in any other State or Territory in the United States. ***See* Exhibit C.**

10.     Accordingly, both Plaintiffs are Florida Citizens for purposes of determining Citizenship for diversity jurisdiction purposes.

11.     Nationwide is incorporated in the State of Ohio and has its principal place of business in the State of Ohio. Accordingly, at all times material to this action, Nationwide is a citizen of the State of Ohio. Nationwide is not a citizen of the State of Florida, nor is it incorporated in the State of Florida or have its principal place of business in the State of Florida. At all times material to this action Nationwide has been a foreign corporation doing business in Florida. Nationwide is therefore a citizen of the State of Ohio for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

12.     Accordingly, there is complete diversity of citizenship between the parties within the meaning of 28 U.S.C. §1332 because NATIONWIDE is a citizen of Ohio and Plaintiffs are citizens of Florida.

## **AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

13.     Plaintiffs sued Nationwide for breach of an insurance policy, alleging failure to pay insurance proceeds related to damages from wind, wind driven rain, and/or hail. ***See* Plaintiff's Complaint at ¶ 9.**

14.     The Complaint did not state the specific amount of damages sought except to state that damages exceed $30,000.00 exclusive of interest, costs, and attorney's fees, the standard jurisdictional amount required to file in Florida's Circuit Court.

15.     On or about November 26, 2021, Plaintiffs (through their retained public adjuster) demanded payment of $196,952.11. ***See* Estimate attached hereto as Exhibit D.**

16.     Estimates provided by public adjusters are sufficient to satisfy the amount in controversy requirement when removing a case to Federal court. *See Stefchack v. GeoVera Specialty Ins. Co.*, 2020 U.S. Dist. LEXIS 208372 at *6-8, 2020 WL 6478527 (M.D. Fla. 2020).

17.     On April 11, 2022, Plaintiff's counsel demanded $254,789.70 for indemnity, along with $7,500.00 for fees and costs. ***See* Exhibit A.**

18.     After a thorough review of the claimed damages, which included both an initial inspection and an inspection performed by a licensed engineer, Nationwide concluded that the majority of damages Plaintiffs sought were not covered and confirmed that the total amount of damages covered under the subject insurance policy was $8,166.47. After accounting for $467.98 in recoverable depreciation and Plaintiffs' $1,000.00 deductible, payment was issued for $6,698.49 in full and final settlement of all damages covered under the policy. ***See* Composite Exhibit E**, Partial Denial Letter of January 21, 2022, and Estimate of Damages dated January 21, 2022.

19.     Thus the demanded amount, minus payments previously made and deductible, exceeds $75,000.00.

20.     Accordingly full diversity exists between the parties within the meaning of 28 U.S.C. §1332 because NATIONWIDE is a citizen of Ohio, Plaintiffs are citizens of Florida, and the amount in dispute exceeds $75,000.00.

## COMPLIANCE WITH 28 U.S.C. § 1446

21.     NATIONWIDE files copies of all process, pleadings, and orders served on it in the State Action, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.

22.    Pursuant to 28 U.S.C. § 1446(d), NATIONWIDE provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Ninth  Judicial Circuit in and for Orange County, Florida. Attached to this notice is a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a).

Wherefore, Defendant NATIONWIDE MUTUAL INSURANCE COMPANY respectfully requests that this cause be removed from the Circuit Court of the Ninth  Judicial Circuit for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and therefore proceed as a cause originally commenced in this Court.

## <u>CERTIFICATE OF SERVICE</u>

The document contains no confidential or sensitive information or that any such confidential or sensitive language has been properly protected by complying with the provisions of Rule 2.420 and 2.425.  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing to Louis A. Gonzalez, 2745 W. Fairbanks Ave, First Floor Winter Park, FL 32789, 4CentralPleadings@VargasGonzalez.com; lgonzalez@VargasGonzalez.com; epimentel@VargasGonzalez.com; mperez@VargasGonzalez.com , on this 14th day of April, 2022.

*/s/ Paul M. Eza*

**PAUL M. EZA, ESQUIRE**
Fla. Bar No. 68708
Law Offices of Sonya S. Wesner
200 East Robinson Street, Suite 510
Orlando, FL 32801
Telephone:     (407) 393-9100
Direct Dial:     (904) 489-6585
Secretary:     (407) 393-9410
Paralegal:     (407) 393-9097
Fax:     (877) 499-6079
Primary EMail:JAXSMAIL@nationwide.com
Attorneys for Defendant

**Eza, Paul**

| | |
|---|---|
| **From:** | Eduardo Pimentel <EPimentel@vargasgonzalez.com> |
| **Sent:** | Monday, April 11, 2022 3:19 PM |
| **To:** | Eza, Paul |
| **Cc:** | 88b007ec9+matter1407446854@maildrop.clio.com; 88b007ec9+matter1389862896 @maildrop.clio.com |
| **Subject:** | [EXTERNAL] Re: Rifai v. Nationwide Mutual |
| **Attachments:** | 11.19.2021 - No Stress Claims - $196,952.11 Estimate - (26376 Rifai) copy 2.pdf; 11.19.2021 - No Stress Claims - $196,952.11 Estimate - (26376 Rifai) copy 2.pdf; RIFAI_INTERIOR_FINAL_DRAFT.pdf; RIFAI_TARP_FINAL_DRAFT.pdf; RIFAI_TARP_REMOVAL_FINAL_DRAFT.pdf; RIFAI_WRAP_FINAL_DRAFT.pdf |

---

**Nationwide Information Security Warning:** This is an **EXTERNAL** email. Use **CAUTION** before clicking on links, opening attachments, or responding. (**Sender:** EPimentel@vargasgonzalez.com)

---

Hi Paul,

My client's global demand is $254,789.70 indemnity, and $7,500 fees/costs.

Attached is our supporting documentation

thanks,
Eduardo

---

**From:** Eza, Paul <ezap1@nationwide.com>
**Sent:** Friday, April 1, 2022 11:29 AM
**To:** Eduardo Pimentel <EPimentel@vargasgonzalez.com>; Louis Gonzalez <louis@vargasgonzalez.com>
**Cc:** Tutein, Keri <tuteik1@nationwide.com>
**Subject:** RE: Rifai v. Nationwide Mutual

Thank you, greatly appreciated. Do you have a global demand?

---

**Paul M. Eza, Esq.**
Senior Trial Attorney
Nationwide Trial Division
Law Office of Sonya S. Wesner
200 East Robinson Street, Suite 510
Orlando, FL 32801
(cell) 904-489-6585
(Fax) 877-499-6079
ezap1@nationwide.com
*Employees of Nationwide® Mutual Insurance Company*
*Not a legal partnership*

PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT
If this e-mail is received in error, please call Keri Tutein at (407)393-9410

**EXHIBIT A**

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution, copying of this information is prohibited.  If you have received this message in error, please notify me immediately and delete the related e-mail.

**From:** Eduardo Pimentel <EPimentel@vargasgonzalez.com>
**Sent:** Friday, April 1, 2022 10:41 AM
**To:** Eza, Paul <ezap1@nationwide.com>; Louis Gonzalez <louis@vargasgonzalez.com>
**Cc:** Tutein, Keri <tuteik1@nationwide.com>
**Subject:** [EXTERNAL] Re: Rifai v. Nationwide Mutual

**Nationwide Information Security Warning:** This is an **EXTERNAL** email. Use **CAUTION** before clicking on links, opening attachments, or responding. (**Sender:** EPimentel@vargasgonzalez.com)

---

Yes I can agree to that extension.

Thanks!
Eduardo

---

**From:** Eza, Paul <ezap1@nationwide.com>
**Sent:** Wednesday, March 30, 2022 3:18 PM
**To:** Louis Gonzalez <louis@vargasgonzalez.com>; Eduardo Pimentel <EPimentel@vargasgonzalez.com>
**Cc:** Tutein, Keri <tuteik1@nationwide.com>
**Subject:** Rifai v. Nationwide Mutual

Good afternoon gentlemen,

I'm going to be representing Nationwide in this case. It looks like our answer is coming due on Monday 4/4/22, unfortunately my adjuster on this case is out until Tuesday. Would you agree to a brief two-week extension to file our answer?

In the meantime, if you will let me know your initial global demand I will go over it with my client when she's back in the office.

Thank you.

_____
**Paul M. Eza, Esq.**
Senior Trial Attorney
Nationwide Trial Division
Law Office of Sonya S. Wesner
200 East Robinson Street, Suite 510
Orlando, FL 32801
(cell) 904-489-6585
(Fax) 877-499-6079
ezap1@nationwide.com
*Employees of Nationwide® Mutual Insurance Company*
*Not a legal partnership*

PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT
If this e-mail is received in error, please call Keri Tutein at (407)393-9410

**EXHIBIT A**

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution, copying of this information is prohibited.  If you have received this message in error, please notify me immediately and delete the related e-mail.

3

EXHIBIT A

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

ABDUL RIFAI AND DANI HBOUS

PLAINTIFF(S)

VS.

NATIONWIDE MUTUAL INSURANCE COMPANY

DEFENDANT(S)

_____/

| | |
|---|---|
| **CASE #:** | **2022-CA-001912-O** |
| **COURT:** | **CIRCUIT COURT** |
| **COUNTY:** | **ORANGE** |
| **DFS-SOP #:** | 22-000085798 |

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET, STANDING CASE MANAGEMENT PLAN, AMENDED NOTICE OF EMAIL DESIGNATION

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, March 11, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, March 15, 2022 to the designated agent for the named entity as shown below.

    NATIONWIDE MUTUAL INSURANCE COMPANY
    LYNETTE COLEMAN
    1201 HAYS STREET
    TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis

Chief Financial Officer

LOUIS A. GONZALEZ
VARGAS GONZALEZ BALDWIN DELOMBARD, LLP
2745 W. FAIRBANKS AVE, FIRST FLOOR
WINTER PARK, FL 32789

CC1

# EXHIBIT B

# Property Record - 22-23-28-6529-00-390

Orange County Property Appraiser   •
http://www.ocpafl.org

## Property Summary

**Property Name**

8728 Crestgate Cir

**Names**

Hbous Dani
Rifai Abul

**Municipality**

ORG - Un-Incorporated

**Property Use**

0103 - Single Fam Class III

**Mailing Address**

8728 Crestgate Cir
Orlando, FL 32819-3855

**Physical Address**

8728 Crestgate Cir
Orlando, FL 32819



**QR Code For Mobile Phone**



8728 CRESTGATE CIR, ORLANDO, FL 32819   6/23/2015 4:13 PM



282322652900390  05/18/2006



## Value and Taxes

### Historical Value and Tax Benefits

EXHIBIT C

| Tax Year Values | | Land | | Building(s) | | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| **2021** | W MKT | $125,000 | + | $435,746 | + | $31,180 = | $591,926 (-.67%) | **$591,926** (-.67%) |
| **2020** | ✅ MKT | $125,000 | + | $439,236 | + | $31,680 = | $595,916 (.25%) | **$595,916** (.25%) |
| **2019** | ✅ MKT | $125,000 | + | $442,726 | + | $26,680 = | $594,406 (1.9%) | **$594,406** (1.9%) |
| **2018** | ✅ MKT | $125,000 | + | $431,120 | + | $27,180 = | $583,300 | **$583,300** |

## 2021 Taxable Value and Estimate of Proposed Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $591,926 | $0 | $591,926 | 3.4890 (-3.33%) | **$2,065.23** | 22 % |
| Public Schools: By Local Board | $591,926 | $0 | $591,926 | 3.2480 (0.00%) | **$1,922.58** | 20 % |
| Orange County (General) | $591,926 | $0 | $591,926 | 4.4347 (0.00%) | **$2,625.01** | 28 % |
| Unincorporated County Fire | $591,926 | $0 | $591,926 | 2.2437 (0.00%) | **$1,328.10** | 14 % |
| Unincorporated Taxing District | $591,926 | $0 | $591,926 | 1.8043 (0.00%) | **$1,068.01** | 11 % |
| Library - Operating Budget | $591,926 | $0 | $591,926 | 0.3748 (0.00%) | **$221.85** | 2 % |
| South Florida Water Management District | $591,926 | $0 | $591,926 | 0.1103 (0.00%) | **$65.29** | 1 % |
| South Florida Wmd Okeechobee Basin | $591,926 | $0 | $591,926 | 0.1192 (0.00%) | **$70.56** | 1 % |
| South Florida Wmd Everglades Const | $591,926 | $0 | $591,926 | 0.0380 (0.00%) | **$22.49** | 0 % |
| | | | | **15.8620** | **$9,389.12** | |

## 2021 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| COUNTY SPECIAL ASSESSMENT | WASTE PRO - GARBAGE - (407)836-6601 | 1.00 | $250.00 | **$250.00** |
| | | | | **$250.00** |

# Property Features

## Property Description

PALM LAKE 33/83 LOT 39

## Total Land Area

14,070 sqft (+/-)  |  0.32 acres (+/-)  GIS Calculated

## Land

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | R-1AA | 1 LOT(S) | $125,000.00 | $125,000 | $0.00 | $125,000 |

## Buildings

| Model Code | 01 - Single Fam Residence | Subarea Description | Sqft | Value |
|---|---|---|---|---|
| Type Code | 0103 - Single Fam Class III | BAS - Base Area | 2510 | $310,136 |
| Building Value | $435,746 | FGR - Fin Garage | 676 | $41,763 |

EXHIBIT C

| | | | |
|---|---|---|---|
| **Estimated New Cost** | $498,565 | FOP - F/Opn Prch | 403 | $12,480 |
| **Actual Year Built** | 2002 | FUS - F/Up Story | 1278 | $134,186 |
| **Beds** | 5 | | |
| **Baths** | 5.0 | | |
| **Floors** | 2 | | |
| **Gross Area** | 4867 sqft | | |
| **Living Area** | 3788 sqft | | |
| **Exterior Wall** | Cb.Stucco | | |
| **Interior Wall** | Drywall | | |



## Extra Features

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| FPL3 - Fireplace 3 | 03/26/2002 | 1 Unit(s) | $6,000.00 | $6,000 |
| PL2 - Pool 2 | 03/26/2002 | 1 Unit(s) | $25,000.00 | $16,000 |
| WLDC - Wall Dec | 03/26/2002 | 184 Unit(s) | $20.00 | $3,680 |
| SPA2 - Spa 2 | 03/26/2002 | 1 Unit(s) | $3,500.00 | $3,500 |
| PT2 - Patio 2 | 03/26/2002 | 1 Unit(s) | $2,000.00 | $2,000 |

# Sales

## Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 05/12/2003 | $569,000 | 20030282088 | 06920 / 4028 | Warranty Deed | Ramos Luis A Ramos Margaret A | Hbous Dani Rifai Abul | Improved |
| 03/28/2002 | $550,000 | 2002017768 | 06501 / 0053 | Warranty Deed | Curtis Group Inc | Ramos Luis A Ramos Margaret A | Improved |
| 05/18/2001 | $90,000 | 20010221502 | 06262 / 5338 | Warranty Deed | Paul Curtis Realty Inc | Curtis Group Inc | Vacant |

EXHIBIT C

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

# BUILDING ESTIMATE

## ESTIMATE RECAP

| | |
|---|---|
| Estimate Totals Before Taxes: | $192,054.79 |
| Applicable Sales Tax: | $4,897.32 |
| Estimate Grand Totals: | $196,952.11 |
| Total Depreciation: | ($0.00) |
| A.C.V. Estimate Totals: | $196,952.11 |
| Policy Deductible: | ($0.00) |
| Final Totals: | $196,952.11 |

***     *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*     ***

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :  Christopher Smith |

**Estimate Section:      Roof**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 5610.0 SF | Re-nail Roof - Sheathing | $0.61 | $3,422.10 | | $3,422.10 |
| 5610.0 SF | Remove and Replace 30# Roofing Felt | $0.41 | $2,300.10 | | $2,300.10 |
| 56.1 SQ | Remove and Replace Tile Roofing | $1,085.31 | $60,885.89 | | $60,885.89 |
| 316.0 LF | Remove and Replace Clay Hip/Ridge for Tile Roofing | $6.93 | $2,189.88 | | $2,189.88 |
| 317.0 LF | Remove and Replace Aluminum Drip Edge | $3.54 | $1,122.18 | | $1,122.18 |
| | **Totals For Roof** | | **$69,920.15** | **$0.00** | **$69,920.15** |

**Estimate Section:      Garage**

Garage ............................................................      22' 6.0" x 27' 11.0" x 11' 8.0"

| Lower Perimeter: | 100.80 LF | Floor SF: | 628.10 SF | Wall SF: | 1176.40 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 100.80 LF | Floor SY: | 69.79 SY | Ceiling SF: | 628.10 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 628.1 SF | Mildewcide Floor Treatment | $0.39 | $244.96 | | $244.96 |
| 1176.4 SF | Mildewcide Wall Treatment | $0.39 | $458.80 | | $458.80 |
| 628.1 SF | Mildewcide Ceiling Treatment | $0.39 | $244.96 | | $244.96 |
| 628.1 SF | Clean Floor | $0.59 | $370.58 | | $370.58 |
| 251.2 SF | Remove and Replace Ceiling Insulation | $2.34 | $587.81 | | $587.81 |
| 251.2 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $768.67 | | $768.67 |
| 628.1 SF | Knock Down Texture Ceiling | $1.44 | $904.46 | | $904.46 |
| 628.1 SF | Skim Coat Texture Ceiling | $0.99 | $621.82 | | $621.82 |
| 628.1 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $1,086.61 | | $1,086.61 |
| 2.0 EA | Remove and Reinstall Garage Door | $259.14 | $518.28 | | $518.28 |
| 18.3 LF | Remove and Replace Wall Cabinetry | $188.78 | $3,454.67 | | $3,454.67 |
| 3.0 EA | Remove and Reinstall Fluorescent Light Fixture | $45.59 | $136.77 | | $136.77 |
| 2.0 EA | Remove and Reinstall Supply Grille | $17.64 | $35.28 | | $35.28 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 628.1 SF | Cover and Protect Floors | $0.27 | $169.59 | | $169.59 |
| 1176.4 SF | Cover and Protect Walls | $0.27 | $317.63 | | $317.63 |
| | **Totals For Garage** | | **$10,023.95** | **$0.00** | **$10,023.95** |

**Estimate Section:      Laundry Room**

Laundry Room ........................................................      11' 6.0" x 5' x 10' 11.0"

| Lower Perimeter: | 33.00 LF | Floor SF: | 57.50 SF | Wall SF: | 360.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 33.00 LF | Floor SY: | 6.39 SY | Ceiling SF: | 57.50 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 57.5 SF | Mildewcide Floor Treatment | $0.39 | $22.43 | | $22.43 |
| 360.3 SF | Mildewcide Wall Treatment | $0.39 | $140.52 | | $140.52 |
| 57.5 SF | Mildewcide Ceiling Treatment | $0.39 | $22.43 | | $22.43 |
| 57.5 SF | Clean Floor | $0.59 | $33.93 | | $33.93 |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

**Estimate Section:**      Laundry Room - Continued...

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 28.8 SF | Remove and Replace Ceiling Insulation | $2.34 | $67.39 | | $67.39 |
| 28.8 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $88.13 | | $88.13 |
| 57.5 SF | Knock Down Texture Ceiling | $1.44 | $82.80 | | $82.80 |
| 57.5 SF | Skim Coat Texture Ceiling | $0.99 | $56.93 | | $56.93 |
| 57.5 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $99.48 | | $99.48 |
| 1.0 EA | Remove and Reinstall Fluorescent Light Fixture | $45.59 | $45.59 | | $45.59 |
| 1.0 EA | Remove and Reinstall Supply Grille | $17.64 | $17.64 | | $17.64 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 57.5 SF | Cover and Protect Floors | $0.27 | $15.53 | | $15.53 |
| 360.3 SF | Cover and Protect Walls | $0.27 | $97.28 | | $97.28 |
| | **Totals For Laundry Room** | | **$893.14** | **$0.00** | **$893.14** |

**Estimate Section:**      Kitchen / Family Room

Kitchen / Family Room ...........................................   37' 2.0" x 28' 4.0" x 10' 10.0"

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 131.00 LF | Floor SF: | 1053.10 SF | Wall SF: | 1419.20 SF |
| Upper Perimeter: | 131.00 LF | Floor SY: | 117.01 SY | Ceiling SF: | 1053.10 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1053.1 SF | Mildewcide Floor Treatment | $0.39 | $410.71 | | $410.71 |
| 1419.2 SF | Mildewcide Wall Treatment | $0.39 | $553.49 | | $553.49 |
| 1053.1 SF | Mildewcide Ceiling Treatment | $0.39 | $410.71 | | $410.71 |
| 1053.1 SF | Clean Floor | $0.59 | $621.33 | | $621.33 |
| 368.6 SF | Remove and Replace Ceiling Insulation | $2.34 | $862.52 | | $862.52 |
| 368.6 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $1,127.92 | | $1,127.92 |
| 1053.1 SF | Knock Down Texture Ceiling | $1.44 | $1,516.46 | | $1,516.46 |
| 1053.1 SF | Skim Coat Texture Ceiling | $0.99 | $1,042.57 | | $1,042.57 |
| 1053.1 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $1,821.86 | | $1,821.86 |
| 131.0 LF | Remove and Reinstall Crown Moulding | $2.48 | $324.88 | | $324.88 |
| 131.0 LF | Paint / Finish Crown Moulding | $1.25 | $163.75 | | $163.75 |
| 1.0 EA | Remove and Reinstall Ceiling Fan | $69.07 | $69.07 | | $69.07 |
| 8.0 EA | Remove and Reinstall Ceiling / Wall Light Fixture | $45.59 | $364.72 | | $364.72 |
| 4.0 EA | Remove and Reinstall Supply Grille | $17.64 | $70.56 | | $70.56 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 1053.1 SF | Cover and Protect Floors | $0.27 | $284.34 | | $284.34 |
| 1419.2 SF | Cover and Protect Walls | $0.27 | $383.18 | | $383.18 |
| | **Totals For Kitchen / Family Room** | | **$10,131.13** | **$0.00** | **$10,131.13** |

***   *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*   ***

SIMSOL®
Form CEST-1/8.3

**Page: 2**

**EXHIBIT D**

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

**Estimate Section:**    **Dining Room**

Dining Room ............................................................ 15' x 13' x 10' 11.0"
  Opening ............................................................ 11' 3.0" x 10' 11.0"
  Opening ............................................................ 1' 1.0" x 10' 11.0"

| Lower Perimeter: | 43.70 LF | Floor SF: | 195.00 SF | Wall SF: | 476.70 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 56.00 LF | Floor SY: | 21.67 SY | Ceiling SF: | 195.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 195.0 SF | Mildewcide Floor Treatment | $0.39 | $76.05 | | $76.05 |
| 476.7 SF | Mildewcide Wall Treatment | $0.39 | $185.91 | | $185.91 |
| 195.0 SF | Mildewcide Ceiling Treatment | $0.39 | $76.05 | | $76.05 |
| 195.0 SF | Remove and Replace Subflooring | $3.28 | $639.60 | | $639.60 |
| 195.0 SF | Clean Floor | $0.59 | $115.05 | | $115.05 |
| 195.0 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $1,912.95 | | $1,912.95 |
| 195.0 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $173.55 | | $173.55 |
| 195.0 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $60.45 | | $60.45 |
| 71.5 LF | Remove and Replace Wall Insulation | $1.37 | $97.96 | | $97.96 |
| 71.5 SF | Remove and Replace Wall Drywall on Wood Framing | $3.06 | $218.79 | | $218.79 |
| 476.7 SF | Orange Peel Texture Walls | $0.49 | $233.58 | | $233.58 |
| 476.7 SF | Seal and Paint Walls (2 coats) | $1.73 | $824.69 | | $824.69 |
| 29.3 SF | Remove and Replace Ceiling Insulation | $2.34 | $68.56 | | $68.56 |
| 29.3 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $89.66 | | $89.66 |
| 195.0 SF | Knock Down Texture Ceiling | $1.44 | $280.80 | | $280.80 |
| 195.0 SF | Skim Coat Texture Ceiling | $0.99 | $193.05 | | $193.05 |
| 195.0 SF | Fuax Paint | $7.50 | $1,462.50 | | $1,462.50 |
| 195.0 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $337.35 | | $337.35 |
| 1.0 LF | Remove and Reinstall Drapery 6 FT | $5.74 | $5.74 | | $5.74 |
| 3.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $14.13 | | $14.13 |
| 1.0 EA | Remove and Reinstall Supply Grille | $17.64 | $17.64 | | $17.64 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 195.0 SF | Cover and Protect Floors | $0.27 | $52.65 | | $52.65 |
| 476.7 SF | Cover and Protect Walls | $0.27 | $128.71 | | $128.71 |
| | **Totals For Dining Room** | | **$7,368.48** | **$0.00** | **$7,368.48** |

**Estimate Section:**    **Living Room**

Living Room ............................................................ 12' 8.0" x 12' 6.0" x 10' 11.0"

| Lower Perimeter: | 50.30 LF | Floor SF: | 158.30 SF | Wall SF: | 549.50 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 50.30 LF | Floor SY: | 17.59 SY | Ceiling SF: | 158.30 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 158.3 SF | Mildewcide Floor Treatment | $0.39 | $61.74 | | $61.74 |
| 549.5 SF | Mildewcide Wall Treatment | $0.39 | $214.31 | | $214.31 |
| 158.3 SF | Mildewcide Ceiling Treatment | $0.39 | $61.74 | | $61.74 |
| 158.3 SF | Remove and Replace Subflooring | $3.28 | $519.22 | | $519.22 |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | : Christopher Smith |

**Estimate Section:**    Living Room - Continued...

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 158.3 SF | Clean Floor | $0.59 | $93.40 | | $93.40 |
| 158.3 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $1,552.92 | | $1,552.92 |
| 158.3 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $140.89 | | $140.89 |
| 158.3 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $49.07 | | $49.07 |
| 549.5 SF | Orange Peel Texture Walls | $0.49 | $269.26 | | $269.26 |
| 549.5 SF | Seal and Paint Walls (2 coats) | $1.73 | $950.64 | | $950.64 |
| 158.3 SF | Fuax Paint | $7.50 | $1,187.25 | | $1,187.25 |
| 3.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $14.13 | | $14.13 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 158.3 SF | Cover and Protect Floors | $0.27 | $42.74 | | $42.74 |
| 549.5 SF | Cover and Protect Walls | $0.27 | $148.37 | | $148.37 |
| | **Totals For Living Room** | | **$5,408.74** | **$0.00** | **$5,408.74** |

**Estimate Section:**    **Master Bedroom**

Master Bedroom ....................................    13' 9.0" x 18' 5.0" x 10' 10.0"

| | Lower Perimeter: | 64.30 LF | Floor SF: | 253.20 SF | Wall SF: | 696.90 SF |
|---|---|---|---|---|---|---|
| | Upper Perimeter: | 64.30 LF | Floor SY: | 28.13 SY | Ceiling SF: | 253.20 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 253.2 SF | Mildewcide Floor Treatment | $0.39 | $98.75 | | $98.75 |
| 696.9 SF | Mildewcide Wall Treatment | $0.39 | $271.79 | | $271.79 |
| 253.2 SF | Mildewcide Ceiling Treatment | $0.39 | $98.75 | | $98.75 |
| 253.2 SF | Clean Floor | $0.59 | $149.39 | | $149.39 |
| 151.9 SF | Remove and Replace Ceiling Insulation | $2.34 | $355.45 | | $355.45 |
| 151.9 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $464.81 | | $464.81 |
| 253.2 SF | Knock Down Texture Ceiling | $1.44 | $364.61 | | $364.61 |
| 253.2 SF | Skim Coat Texture Ceiling | $0.99 | $250.67 | | $250.67 |
| 253.2 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $438.04 | | $438.04 |
| 1.0 EA | Remove and Reinstall Smoke Alarm | $208.59 | $208.59 | | $208.59 |
| 1.0 EA | Remove and Reinstall Chandelier | $62.16 | $62.16 | | $62.16 |
| 1.0 EA | Remove and Reinstall Supply Grille | $17.64 | $17.64 | | $17.64 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 253.2 SF | Cover and Protect Floors | $0.27 | $68.36 | | $68.36 |
| 696.9 SF | Cover and Protect Walls | $0.27 | $188.16 | | $188.16 |
| | **Totals For Master Bedroom** | | **$3,140.23** | **$0.00** | **$3,140.23** |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

**Estimate Section:**     **Guest Bathroom**

Guest Bathroom ........................................        10' 8.0" x 4' 7.0" x 10' 11.0"

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 30.50 LF | Floor SF: | 48.90 SF | Wall SF: | 333.00 SF |
| Upper Perimeter: | 30.50 LF | Floor SY: | 5.43 SY | Ceiling SF: | 48.90 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 48.9 SF | Mildewcide Floor Treatment | $0.39 | $19.07 | | $19.07 |
| 333.0 SF | Mildewcide Wall Treatment | $0.39 | $129.87 | | $129.87 |
| 48.9 SF | Mildewcide Ceiling Treatment | $0.39 | $19.07 | | $19.07 |
| 48.9 SF | Clean Floor | $0.59 | $28.85 | | $28.85 |
| 333.0 SF | Orange Peel Texture Walls | $0.49 | $163.17 | | $163.17 |
| 333.0 SF | Skim Coat Texture Walls | $0.99 | $329.67 | | $329.67 |
| 333.0 SF | Seal and Paint Walls (2 coats) | $1.73 | $576.00 | | $576.00 |
| 48.9 SF | Remove and Replace Ceiling Insulation | $2.34 | $114.43 | | $114.43 |
| 48.9 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $149.63 | | $149.63 |
| 48.9 SF | Knock Down Texture Ceiling | $1.44 | $70.42 | | $70.42 |
| 48.9 SF | Skim Coat Texture Ceiling | $0.99 | $48.41 | | $48.41 |
| 48.9 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $84.60 | | $84.60 |
| 30.5 LF | Remove and Reinstall Crown Moulding | $2.48 | $75.64 | | $75.64 |
| 30.5 LF | Paint / Finish Crown Moulding | $1.25 | $38.13 | | $38.13 |
| 3.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $14.13 | | $14.13 |
| 2.0 EA | Remove and Reinstall Supply Grille | $17.64 | $35.28 | | $35.28 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 48.9 SF | Cover and Protect Floors | $0.27 | $13.20 | | $13.20 |
| 333.0 SF | Cover and Protect Walls | $0.27 | $89.91 | | $89.91 |
| **Totals For Guest Bathroom** | | | **$2,102.63** | **$0.00** | **$2,102.63** |

**Estimate Section:**     **Upstairs Loft**

Upstairs Loft ...........................................        27' 1.0" x 16' x 10' 11.0"
Opening ...........................................        4' 5.0" x 10' 11.0"

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 81.80 LF | Floor SF: | 433.30 SF | Wall SF: | 892.40 SF |
| Upper Perimeter: | 86.20 LF | Floor SY: | 48.14 SY | Ceiling SF: | 433.30 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 433.3 SF | Mildewcide Floor Treatment | $0.39 | $168.99 | | $168.99 |
| 892.4 SF | Mildewcide Wall Treatment | $0.39 | $348.04 | | $348.04 |
| 433.3 SF | Mildewcide Ceiling Treatment | $0.39 | $168.99 | | $168.99 |
| 433.3 SF | Remove and Replace Subflooring | $3.28 | $1,421.22 | | $1,421.22 |
| 433.3 SF | Clean Floor | $0.59 | $255.65 | | $255.65 |
| 433.3 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $4,250.67 | | $4,250.67 |
| 433.3 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $385.64 | | $385.64 |
| 433.3 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $134.32 | | $134.32 |
| 151.7 SF | Remove and Replace Ceiling Insulation | $2.34 | $354.98 | | $354.98 |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | : Christopher Smith |

**Estimate Section:**      **Upstairs Loft - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 151.7 SF | Remove and Replace Ceiling Drywall on Wood Framing | $3.06 | $464.20 | | $464.20 |
| 433.3 SF | Knock Down Texture Ceiling | $1.44 | $623.95 | | $623.95 |
| 433.3 SF | Skim Coat Texture Ceiling | $0.99 | $428.97 | | $428.97 |
| 433.3 SF | Fuax Paint | $7.50 | $3,249.75 | | $3,249.75 |
| 433.3 SF | Seal and Paint Ceiling (2 coat) | $1.73 | $749.61 | | $749.61 |
| 81.8 LF | Remove and Reinstall Base Moulding | $1.25 | $102.25 | | $102.25 |
| 81.8 LF | Paint / Finish Base Moulding | $1.25 | $102.25 | | $102.25 |
| 1.0 EA | Remove and Reinstall Ceiling Fan | $69.07 | $69.07 | | $69.07 |
| 4.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $18.84 | | $18.84 |
| 4.0 EA | Remove and Reinstall Speakers | $50.08 | $200.32 | | $200.32 |
| 4.0 EA | Remove and Reinstall Ceiling / Wall Light Fixture | $45.59 | $182.36 | | $182.36 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 433.3 SF | Cover and Protect Floors | $0.27 | $116.99 | | $116.99 |
| 892.4 SF | Cover and Protect Walls | $0.27 | $240.95 | | $240.95 |
| | **Totals For Upstairs Loft** | | **$14,141.07** | **$0.00** | **$14,141.07** |

**Estimate Section:**      **Upstairs Kids Room**

Upstairs Kids Room ................................................. 13' 8.0" x 13' 7.0" x 10' 11.0"
Closet ........................................................................ 8' 5.0" x 6' 3.0" x 10' 11.0"

| Lower Perimeter: | 83.80 LF | Floor SF: | 238.20 SF | Wall SF: | 915.20 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 54.50 LF | Floor SY: | 26.47 SY | Ceiling SF: | 238.20 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 238.2 SF | Mildewcide Floor Treatment | $0.39 | $92.90 | | $92.90 |
| 915.2 SF | Mildewcide Wall Treatment | $0.39 | $356.93 | | $356.93 |
| 238.2 SF | Mildewcide Ceiling Treatment | $0.39 | $92.90 | | $92.90 |
| 238.2 SF | Remove and Replace Subflooring | $3.28 | $781.30 | | $781.30 |
| 238.2 SF | Clean Floor | $0.59 | $140.54 | | $140.54 |
| 238.2 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $2,336.74 | | $2,336.74 |
| 238.2 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $212.00 | | $212.00 |
| 238.2 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $73.84 | | $73.84 |
| 83.8 LF | Remove and Reinstall Base Moulding | $1.25 | $104.75 | | $104.75 |
| 83.8 LF | Paint / Finish Base Moulding | $1.25 | $104.75 | | $104.75 |
| 4.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $18.84 | | $18.84 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 238.2 SF | Cover and Protect Floors | $0.27 | $64.31 | | $64.31 |
| 915.2 SF | Cover and Protect Walls | $0.27 | $247.10 | | $247.10 |
| | **Totals For Upstairs Kids Room** | | **$4,729.96** | **$0.00** | **$4,729.96** |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

**Estimate Section:    Girls Room**

Girls Room ................................................................ 12' x 12' x 10' 11.0"
Closet ..................................................................... 2' 5.0" x 6' x 10' 11.0"

| Lower Perimeter: | 64.80 LF | Floor SF: | 158.50 SF | Wall SF: | 707.80 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 48.00 LF | Floor SY: | 17.61 SY | Ceiling SF: | 158.50 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 158.5 SF | Mildewcide Floor Treatment | $0.39 | $61.82 | | $61.82 |
| 707.8 SF | Mildewcide Wall Treatment | $0.39 | $276.04 | | $276.04 |
| 158.5 SF | Mildewcide Ceiling Treatment | $0.39 | $61.82 | | $61.82 |
| 158.5 SF | Remove and Replace Subflooring | $3.28 | $519.88 | | $519.88 |
| 158.5 SF | Clean Floor | $0.59 | $93.52 | | $93.52 |
| 158.5 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $1,554.89 | | $1,554.89 |
| 158.5 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $141.07 | | $141.07 |
| 158.5 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $49.14 | | $49.14 |
| 707.8 SF | Knock Down Texture Walls | $1.44 | $1,019.23 | | $1,019.23 |
| 707.8 SF | Skim Coat Texture Walls | $0.99 | $700.72 | | $700.72 |
| 707.8 SF | Seal and Paint Walls (2 coats) | $1.73 | $1,224.49 | | $1,224.49 |
| 64.8 LF | Remove and Reinstall Base Moulding | $1.25 | $81.00 | | $81.00 |
| 64.8 LF | Paint / Finish Base Moulding | $1.25 | $81.00 | | $81.00 |
| 4.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $18.84 | | $18.84 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 158.5 SF | Cover and Protect Floors | $0.27 | $42.80 | | $42.80 |
| 707.8 SF | Cover and Protect Walls | $0.27 | $191.11 | | $191.11 |
| | **Totals For Girls Room** | | **$6,220.43** | **$0.00** | **$6,220.43** |

**Estimate Section:    Hallway**

Hallway ................................................................... 15' 1.0" x 7' 5.0" x 10' 11.0"
Opening .................................................................. 3' x 10' 11.0"

| Lower Perimeter: | 42.00 LF | Floor SF: | 111.90 SF | Wall SF: | 458.50 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 45.00 LF | Floor SY: | 12.43 SY | Ceiling SF: | 111.90 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 111.9 SF | Mildewcide Floor Treatment | $0.39 | $43.64 | | $43.64 |
| 458.5 SF | Mildewcide Wall Treatment | $0.39 | $178.82 | | $178.82 |
| 111.9 SF | Mildewcide Ceiling Treatment | $0.39 | $43.64 | | $43.64 |
| 111.9 SF | Remove and Replace Subflooring | $3.28 | $367.03 | | $367.03 |
| 111.9 SF | Clean Floor | $0.59 | $66.02 | | $66.02 |
| 111.9 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $1,097.74 | | $1,097.74 |
| 111.9 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $99.59 | | $99.59 |
| 111.9 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $34.69 | | $34.69 |
| 111.9 SF | Fuax Paint | $7.50 | $839.25 | | $839.25 |
| 42.0 LF | Remove and Reinstall Base Moulding | $1.25 | $52.50 | | $52.50 |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :  Christopher Smith |

**Estimate Section:    Hallway - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 42.0 LF | Paint / Finish Base Moulding | $1.25 | $52.50 | | $52.50 |
| 2.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $9.42 | | $9.42 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 111.9 SF | Cover and Protect Floors | $0.27 | $30.21 | | $30.21 |
| 458.5 SF | Cover and Protect Walls | $0.27 | $123.80 | | $123.80 |
| | **Totals For Hallway** | | **$3,141.91** | **$0.00** | **$3,141.91** |

**Estimate Section:    Sons Room**

Sons Room .................................................... 23' 4.0" x 13' 2.0" x 10' 11.0"

Closet ............................................................ 6' 11.0" x 4' 5.0" x 10' 11.0"

| Lower Perimeter: | 95.70 LF | Floor SF: | 337.80 SF | Wall SF: | 1044.40 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 73.00 LF | Floor SY: | 37.53 SY | Ceiling SF: | 337.80 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 337.8 SF | Mildewcide Floor Treatment | $0.39 | $131.74 | | $131.74 |
| 1044.4 SF | Mildewcide Wall Treatment | $0.39 | $407.32 | | $407.32 |
| 337.8 SF | Mildewcide Ceiling Treatment | $0.39 | $131.74 | | $131.74 |
| 337.8 SF | Remove and Replace Subflooring | $3.28 | $1,107.98 | | $1,107.98 |
| 337.8 SF | Clean Floor | $0.59 | $199.30 | | $199.30 |
| 337.8 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $3,313.82 | | $3,313.82 |
| 337.8 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $300.64 | | $300.64 |
| 337.8 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $104.72 | | $104.72 |
| 1044.4 SF | Knock Down Texture Walls | $1.44 | $1,503.94 | | $1,503.94 |
| 1044.4 SF | Skim Coat Texture Walls | $0.99 | $1,033.96 | | $1,033.96 |
| 1044.4 SF | Seal and Paint Walls (2 coats) | $1.73 | $1,806.81 | | $1,806.81 |
| 4.0 EA | Remove and Reinstall Cover Plate for Outlet / Switch | $4.71 | $18.84 | | $18.84 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 337.8 SF | Cover and Protect Floors | $0.27 | $91.21 | | $91.21 |
| 1044.4 SF | Cover and Protect Walls | $0.27 | $281.99 | | $281.99 |
| | **Totals For Sons Room** | | **$10,537.07** | **$0.00** | **$10,537.07** |

**Estimate Section:    Hallway**

Hallway .............................................................. 5' 7.0" x 6' 4.0" x 10'

| Lower Perimeter: | 23.80 LF | Floor SF: | 35.40 SF | Wall SF: | 238.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 23.80 LF | Floor SY: | 3.93 SY | Ceiling SF: | 35.40 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 35.4 SF | Mildewcide Floor Treatment | $0.39 | $13.81 | | $13.81 |
| 238.3 SF | Mildewcide Wall Treatment | $0.39 | $92.94 | | $92.94 |
| 35.4 SF | Mildewcide Ceiling Treatment | $0.39 | $13.81 | | $13.81 |
| 35.4 SF | Remove and Replace Subflooring | $3.28 | $116.11 | | $116.11 |

**\*\*\*    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    \*\*\***

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :  Christopher Smith |

**Estimate Section:    Hallway - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 35.4 SF | Clean Floor | $0.59 | $20.89 | | $20.89 |
| 35.4 SF | Remove and Replace Wood Flooring - Laminated | $9.81 | $347.27 | | $347.27 |
| 35.4 SF | Remove and Replace Sound Block Foam for Wood Flooring - Laminated | $0.89 | $31.51 | | $31.51 |
| 35.4 SF | Remove and Replace Vapor Barrier for Wood Flooring - Laminated | $0.31 | $10.97 | | $10.97 |
| 47.7 SF | Remove and Replace Wall Insulation | $1.37 | $65.35 | | $65.35 |
| 47.7 SF | Remove and Replace Wall Drywall on Wood Framing | $3.06 | $145.96 | | $145.96 |
| 238.3 SF | Orange Peel Texture Walls | $0.49 | $116.77 | | $116.77 |
| 238.3 SF | Seal and Paint Walls (2 coats) | $1.73 | $412.26 | | $412.26 |
| 1.0 EA | Move and Reset Contents | $103.06 | $103.06 | | $103.06 |
| 35.4 SF | Cover and Protect Floors | $0.27 | $9.56 | | $9.56 |
| 238.3 SF | Cover and Protect Walls | $0.27 | $64.34 | | $64.34 |
| | **Totals For Hallway** | | **$1,564.61** | **$0.00** | **$1,564.61** |

**Estimate Section:    Front**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 5.0 EA | Remove and Replace Window Screens | $55.89 | $279.45 | | $279.45 |
| 10.0 LF | Remove and Replace Gutters - Residential | $11.22 | $112.20 | | $112.20 |
| | **Totals For Front** | | **$391.65** | **$0.00** | **$391.65** |

**Estimate Section:    Back**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 6.0 EA | Remove and Replace Window Screens | $55.89 | $335.34 | | $335.34 |
| | **Totals For Back** | | **$335.34** | **$0.00** | **$335.34** |

**Estimate Section:    General**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1400.0 SF | Construction Clean-up | $0.39 | $546.00 | | $546.00 |
| 1.0 EA | COVID-19 Disinfection | $2,500.00 | $2,500.00 | | $2,500.00 |
| 1.0 EA | Electrical Circuits Check | $1,707.94 | $1,707.94 | | $1,707.94 |
| 1.0 EA | Pressure Wash | $1,122.67 | $1,122.67 | | $1,122.67 |
| 8.0 HR | Specialized Roof Demolition | $217.53 | $1,740.24 | | $1,740.24 |
| 1.0 MO | 8x8x16 POD | $280.50 | $280.50 | | $280.50 |
| 1.0 EA | Deliver POD for Storage of Contents | $222.33 | $222.33 | | $222.33 |
| 1.0 EA | Pick-up Empty POD | $222.33 | $222.33 | | $222.33 |
| 1.0 EA | 40 CY Solid Waste Bin Dumpster Rental | $1,181.50 | $1,181.50 | | $1,181.50 |
| 1.0 EA | Fees | $150.00 | $150.00 | | $150.00 |
| 1.0 EA | Permit | $321.65 | $321.65 | | $321.65 |
| | **Totals For General** | | **$9,995.16** | **$0.00** | **$9,995.16** |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

| | | |
|---|---|---|
| **Repair Item Totals** | **$160,045.65** | **$160,045.65** |
| General Contractor's Overhead (10.0%) | $16,004.57 | $16,004.57 |
| General Contractor's Profit (10.0%) | $16,004.57 | $16,004.57 |
| Estimate Totals With OHP | $192,054.79 | $192,054.79 |
| Applicable Sales Tax | $4,897.32 | $4,897.32 |
| Estimate Grand Totals | $196,952.11 | $196,952.11 |
| **BUILDING FINAL TOTALS** | **$196,952.11** | **$196,952.11** |

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Repair Item Totals** | **$160,045.65** | **$0.00** | **$160,045.65** |
| General Contractor Overhead (10.0%) | $16,004.57 | $0.00 | $16,004.57 |
| General Contractor Profit (10.0%) | $16,004.57 | $0.00 | $16,004.57 |
| Estimate Totals With O&P | $192,054.79 | $0.00 | $192,054.79 |
| Applicable Sales Tax Rate: 7.0000% (Includes M,A) | $4,897.32 | $0.00 | $4,897.32 |
| Estimate Grand Totals | $196,952.11 | $0.00 | $196,952.11 |
| **BUILDING FINAL TOTALS** | **$196,952.11** | **$0.00** | **$196,952.11** |

Sales Tax Legend:  M - Materials, A - Additional Items

***    *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*    ***

SIMSOL®
Form EST-1/8.3

**Total Page**

EXHIBIT D

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3165

Section    :
Photo #   : 1
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3165



Photo ID  :
IMG_3166

Section    :
Photo #   : 2
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3166

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :  Christopher Smith |



Photo ID  :
IMG_3167

Section   :
Photo #   : 3
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3167



Photo ID  :
IMG_3168

Section   :
Photo #   : 4
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3168

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID :
IMG_3169

Section :
Photo # : 5
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3169



Photo ID :
IMG_3170

Section :
Photo # : 6
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3170

| | |
|---|---|
| INSURED : Abdul Rifai<br>LOCATION : 8728 Crestgate Cir., Orlando, FL 32819<br> :<br>COMPANY : Nationwide<br> :<br> : | DATE OF REPORT : 11/19/2021<br>DATE OF LOSS : 04/11/2021<br>POLICY NUMBER : 77 09 HR 016210<br>CLAIM NUMBER : 603814GM<br>OUR FILE NUMBER : Abdul Rifai<br>ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3171

Section   :
Photo #   : 7
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3171



Photo ID  :
IMG_3172

Section   :
Photo #   : 8
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3172

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :    Christopher Smith |



Photo ID  :
IMG_3173

Section    :
Photo #   : 9
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3173



Photo ID  :
IMG_3174

Section    :
Photo #   : 10
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3174

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :    Christopher Smith |



Photo ID  :
IMG_3175

Section   :
Photo #   : 11
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3175



Photo ID  :
IMG_3176

Section   :
Photo #   : 12
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3176

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3177

Section  :
Photo #  : 13
Date  : 11/18/21
Taken By : Adjuster

Comment :
IMG_3177



Photo ID  :
IMG_3178

Section  :
Photo #  : 14
Date  : 11/18/21
Taken By : Adjuster

Comment :
IMG_3178

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3179

Section    :
Photo #   : 15
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3179



Photo ID  :
IMG_3180

Section    :
Photo #   : 16
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3180

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : 
IMG_3181

Section :
Photo # : 17
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3181



Photo ID : 
IMG_3182

Section :
Photo # : 18
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3182

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID :
IMG_3183

Section :
Photo # : 19
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3183



Photo ID :
IMG_3184

Section :
Photo # : 20
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3184

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :    Christopher Smith |



Photo ID  :
IMG_3185

Section    :
Photo #   : 21
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3185



Photo ID  :
IMG_3186

Section    :
Photo #   : 22
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3186

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3187

Section    :
Photo #   : 23
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3187



Photo ID  :
IMG_3188

Section    :
Photo #   : 24
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3188

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3189

Section   :
Photo #   : 25
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3189



Photo ID  :
IMG_3190

Section   :
Photo #   : 26
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3190

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3191

Section    :
Photo #   : 27
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3191



Photo ID  :
IMG_3192

Section    :
Photo #   : 28
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3192

| | |
|---|---|
| INSURED      : Abdul Rifai | DATE OF REPORT   : 11/19/2021 |
| LOCATION    : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS       : 04/11/2021 |
|                    : | POLICY NUMBER   : 77 09 HR 016210 |
| COMPANY   : Nationwide | CLAIM NUMBER     : 603814GM |
|                    : | OUR FILE NUMBER : Abdul Rifai |
|                    : | ADJUSTER NAME    :    Christopher Smith |



Photo ID   :
IMG_3193

Section     :
Photo #    : 29
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3193



Photo ID   :
IMG_3194

Section     :
Photo #    : 30
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3194

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3195

Section     :
Photo #   : 31
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3195



Photo ID  :
IMG_3196

Section     :
Photo #   : 32
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3196

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3197

Section   :
Photo #   : 33
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3197



Photo ID  :
IMG_3198

Section   :
Photo #   : 34
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3198

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3199

Section   :
Photo #   : 35
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3199



Photo ID  :
IMG_3200

Section   :
Photo #   : 36
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3200

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3201

Section     :
Photo #    : 37
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3201



Photo ID   :
IMG_3202

Section     :
Photo #    : 38
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3202

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3203

Section :
Photo # : 39
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3203



Photo ID : IMG_3205

Section :
Photo # : 40
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3205

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3206

Section     :
Photo #    : 41
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3206



Photo ID  :
IMG_3207

Section     :
Photo #    : 42
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3207

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3208

Section    :
Photo #   : 43
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3208



Photo ID  :
IMG_3210

Section    :
Photo #   : 44
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3210

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3211

Section  :
Photo #   : 45
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3211



Photo ID  :
IMG_3213

Section  :
Photo #   : 46
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3213

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3225

Section :
Photo # : 47
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3225



Photo ID : IMG_3226

Section :
Photo # : 48
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3226

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | : Christopher Smith |



Photo ID   :
IMG_3227

Section    :
Photo #    : 49
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3227



Photo ID   :
IMG_3228

Section    :
Photo #    : 50
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3228

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3229

Section :
Photo # : 51
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3229



Photo ID : IMG_3230

Section :
Photo # : 52
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3230

| | |
|---|---|
| INSURED      : Abdul Rifai | DATE OF REPORT  : 11/19/2021 |
| LOCATION    : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS    : 04/11/2021 |
| : | POLICY NUMBER  : 77 09 HR 016210 |
| COMPANY   : Nationwide | CLAIM NUMBER   : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME   :   Christopher Smith |



Photo ID  :
IMG_3231

Section   :
Photo #  : 53
Date     : 11/18/21
Taken By : Adjuster

Comment :
IMG_3231



Photo ID  :
IMG_3232

Section   :
Photo #  : 54
Date     : 11/18/21
Taken By : Adjuster

Comment :
IMG_3232

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3233

Section    :
Photo #    : 55
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3233



Photo ID  :
IMG_3234

Section    :
Photo #    : 56
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3234

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID :
IMG_3235

Section :
Photo # : 57
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3235



Photo ID :
IMG_3236

Section :
Photo # : 58
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3236

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3238

Section    :
Photo #    : 59
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3238



Photo ID   :
IMG_3239

Section    :
Photo #    : 60
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3239

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3240

Section    :
Photo #   : 61
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3240



Photo ID  :
IMG_3241

Section    :
Photo #   : 62
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3241

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3242

Section    :
Photo #    : 63
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3242



Photo ID   :
IMG_3243

Section    :
Photo #    : 64
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3243

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3244

Section :
Photo # : 65
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3244



Photo ID : IMG_3245

Section :
Photo # : 66
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3245

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :    Christopher Smith |



Photo ID  :
IMG_3246

Section  :
Photo #  : 67
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3246



Photo ID  :
IMG_3247

Section  :
Photo #  : 68
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3247

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3248

Section  :
Photo #  : 69
Date     : 11/18/21
Taken By : Adjuster

Comment :
IMG_3248



Photo ID  :
IMG_3249

Section  :
Photo #  : 70
Date     : 11/18/21
Taken By : Adjuster

Comment :
IMG_3249

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3250

Section   :
Photo #   : 71
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3250



Photo ID  :
IMG_3251

Section   :
Photo #   : 72
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3251

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3252

Section :
Photo # : 73
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3252



Photo ID : IMG_3253

Section :
Photo # : 74
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3253

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3254

Section :
Photo # : 75
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3254



Photo ID  :
IMG_3255

Section :
Photo # : 76
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3255

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :  Christopher Smith |



Photo ID   :
IMG_3256

Section    :
Photo #    : 77
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3256



Photo ID   :
IMG_3259

Section    :
Photo #    : 78
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3259

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3261

Section  :
Photo #   : 79
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3261



Photo ID  :
IMG_3262

Section  :
Photo #   : 80
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3262

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3263

Section    :
Photo #   : 81
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3263



Photo ID  :
IMG_3264

Section    :
Photo #   : 82
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3264

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3265

Section    :
Photo #    : 83
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3265



Photo ID  :
IMG_3266

Section    :
Photo #    : 84
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3266

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3267

Section  :
Photo #  : 85
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3267



Photo ID  :
IMG_3268

Section  :
Photo #  : 86
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3268

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3269

Section   :
Photo #   : 87
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3269



Photo ID  :
IMG_3270

Section   :
Photo #   : 88
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3270

| | |
|---|---|
| INSURED : Abdul Rifai<br>LOCATION : 8728 Crestgate Cir., Orlando, FL 32819<br>: <br>COMPANY : Nationwide<br>: <br>: | DATE OF REPORT : 11/19/2021<br>DATE OF LOSS : 04/11/2021<br>POLICY NUMBER : 77 09 HR 016210<br>CLAIM NUMBER : 603814GM<br>OUR FILE NUMBER : Abdul Rifai<br>ADJUSTER NAME : Christopher Smith |



Photo ID :
IMG_3271

Section :
Photo # : 89
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3271



Photo ID :
IMG_3272

Section :
Photo # : 90
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3272

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3273

Section    :
Photo #    : 91
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3273



Photo ID   :
IMG_3274

Section    :
Photo #    : 92
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3274

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3275

Section   :
Photo #   : 93
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3275



Photo ID  :
IMG_3276

Section   :
Photo #   : 94
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3276

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :  Christopher Smith |



Photo ID  :
IMG_3277

Section  :
Photo #  : 95
Date   : 11/18/21
Taken By : Adjuster

Comment :
IMG_3277



Photo ID  :
IMG_3278

Section  :
Photo #  : 96
Date   : 11/18/21
Taken By : Adjuster

Comment :
IMG_3278

| | |
|---|---|
| INSURED : Abdul Rifai<br>LOCATION : 8728 Crestgate Cir., Orlando, FL 32819<br> :<br>COMPANY : Nationwide<br> :<br> : | DATE OF REPORT : 11/19/2021<br>DATE OF LOSS : 04/11/2021<br>POLICY NUMBER : 77 09 HR 016210<br>CLAIM NUMBER : 603814GM<br>OUR FILE NUMBER : Abdul Rifai<br>ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3280

Section  :
Photo #   : 97
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3280



Photo ID  :
IMG_3281

Section  :
Photo #   : 98
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3281

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :　Christopher Smith |



Photo ID　:
IMG_3282

Section　　:
Photo #　　: 99
Date　　　: 11/18/21
Taken By　: Adjuster

Comment :
IMG_3282



Photo ID　:
IMG_3283

Section　　:
Photo #　　: 100
Date　　　: 11/18/21
Taken By　: Adjuster

Comment :
IMG_3283

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3284

Section    :
Photo #    : 101
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3284



Photo ID  :
IMG_3285

Section    :
Photo #    : 102
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3285

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3286

Section   :
Photo #   : 103
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3286



Photo ID  :
IMG_3287

Section   :
Photo #   : 104
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3287

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3288

Section    :
Photo #    : 105
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3288



Photo ID  :
IMG_3289

Section    :
Photo #    : 106
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3289

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3290

Section    :
Photo #    : 107
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3290



Photo ID   :
IMG_3291

Section    :
Photo #    : 108
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3291

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3292

Section    :
Photo #   : 109
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3292



Photo ID  :
IMG_3293

Section    :
Photo #   : 110
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3293

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3294

Section    :
Photo #    : 111
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3294



Photo ID  :
IMG_3295

Section    :
Photo #    : 112
Date        : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3295

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

EXHIBIT D

page 56

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3296

Section    :
Photo #    : 113
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3296



Photo ID  :
IMG_3297

Section    :
Photo #    : 114
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3297

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3298

Section   :
Photo #   : 115
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3298



Photo ID  :
IMG_3299

Section   :
Photo #   : 116
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3299

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3300

Section :
Photo # : 117
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3300



Photo ID  :
IMG_3301

Section :
Photo # : 118
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3301

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3302

Section :
Photo # : 119
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3302



Photo ID : IMG_3303

Section :
Photo # : 120
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3303

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3304

Section :
Photo # : 121
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3304



Photo ID : IMG_3305

Section :
Photo # : 122
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3305

| | |
|---|---|
| INSURED : Abdul Rifai<br>LOCATION : 8728 Crestgate Cir., Orlando, FL 32819<br>         :<br>COMPANY : Nationwide<br>         : | DATE OF REPORT : 11/19/2021<br>DATE OF LOSS : 04/11/2021<br>POLICY NUMBER : 77 09 HR 016210<br>CLAIM NUMBER : 603814GM<br>OUR FILE NUMBER : Abdul Rifai<br>ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3306

Section    :
Photo #    : 123
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3306



Photo ID  :
IMG_3307

Section    :
Photo #    : 124
Date       : 11/18/21
Taken By : Adjuster

Comment :
IMG_3307

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3308

Section    :
Photo #    : 125
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3308



Photo ID   :
IMG_3309

Section    :
Photo #    : 126
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3309

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3312

Section   :
Photo #   : 127
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3312



Photo ID  :
IMG_3313

Section   :
Photo #   : 128
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3313

| | | | |
|---|---|---|---|
| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID  :
IMG_3314

Section   :
Photo #   : 129
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3314



Photo ID  :
IMG_3315

Section   :
Photo #   : 130
Date      : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3315

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME :   Christopher Smith |



Photo ID  :
IMG_3318

Section   :
Photo #   : 131
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3318



Photo ID  :
IMG_3333

Section   :
Photo #   : 132
Date      : 11/18/21
Taken By : Adjuster

Comment :
IMG_3333

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3334

Section :
Photo # : 133
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3334



Photo ID : IMG_3335

Section :
Photo # : 134
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3335

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3336

Section :
Photo # : 135
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3336



Photo ID : IMG_3337

Section :
Photo # : 136
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3337

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :   Christopher Smith |



Photo ID   :
IMG_3338

Section   :
Photo #   : 137
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3338



Photo ID   :
IMG_3339

Section   :
Photo #   : 138
Date       : 11/18/21
Taken By  : Adjuster

Comment :
IMG_3339

| INSURED | : Abdul Rifai | DATE OF REPORT | : 11/19/2021 |
|---|---|---|---|
| LOCATION | : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS | : 04/11/2021 |
| | : | POLICY NUMBER | : 77 09 HR 016210 |
| COMPANY | : Nationwide | CLAIM NUMBER | : 603814GM |
| | : | OUR FILE NUMBER | : Abdul Rifai |
| | : | ADJUSTER NAME | :    Christopher Smith |



Photo ID  :
IMG_3340

Section  :
Photo #  : 139
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3340



Photo ID  :
IMG_3341

Section  :
Photo #  : 140
Date    : 11/18/21
Taken By : Adjuster

Comment :
IMG_3341

| | |
|---|---|
| INSURED : Abdul Rifai | DATE OF REPORT : 11/19/2021 |
| LOCATION : 8728 Crestgate Cir., Orlando, FL 32819 | DATE OF LOSS : 04/11/2021 |
| : | POLICY NUMBER : 77 09 HR 016210 |
| COMPANY : Nationwide | CLAIM NUMBER : 603814GM |
| : | OUR FILE NUMBER : Abdul Rifai |
| : | ADJUSTER NAME : Christopher Smith |



Photo ID : IMG_3342

Section :
Photo # : 141
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3342



Photo ID : IMG_3343

Section :
Photo # : 142
Date : 11/18/21
Taken By : Adjuster

Comment :
IMG_3343



**ABDUL RIFAI & DANI HBOUS**
Page **1** of 2

| | |
|---|---|
| **Date prepared** | January 21, 2022 |
| **Claim number** | 603814-GM |
| **Policy number** | 7709HR016210 |
| **Questions?** | Contact Claims Associate |
| | Kevin Slish FL Lic# W666017 |
| | SLISHK1@nationwide.com |
| | Phone 833-530-2423 |
| | Fax 855-259-5223 |

ABDUL RIFAI & DANI HBOUS
8728 CRESTGATE CIR
ORLANDO, FL  32819-3855

**We've made a decision about your Homeowners claim**

Dear ABDUL RIFAI & DANI HBOUS,

We've completed our investigation and have determined a portion of your Homeowners claim is covered under your policy. Your policy covers accidental and direct physical loss to the residence premises.

## Claim details

| | |
|---|---|
| Insurer: | Nationwide Mutual Insurance Company |
| Policyholder: | ABDUL RIFAI & DANI HBOUS |
| Claimant: | ABDUL RIFAI & DANI HBOUS |
| Claim number: | 603814-GM |
| Loss date: | April 11, 2021 |

## Policy details

Your Homeowners policy states the following:

Section I-Perils Insured Against

A. Coverage A - Dwelling And Coverage B - Other Structures

1. We insure against direct physical loss to property described in Coverages A and B.

2. We do not insure, however, for loss: (...)

c. Caused by:(...)

(6) Any of the following:

(a) wear and tear, marring, deterioration (...)

(b) Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself

Section I -Exclusions (...)

B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered. (...)

3. Faulty, inadequate or defective: (...)

b. Design, specifications, workmanship, repair, construction, renovating, remodeling, grading, compaction, backfilling;

c. Materials used in repair, construction, renovation, or remodeling; or

**EXHIBIT E**

**ABDUL RIFAI & DANI HBOUS**
Claim # 603814-GM
Page **2** of 2

d. Maintenance;
of part or all of any property whether on or off the "residence premises"

Definitions (...)
14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in: (...)
b. "Property damage".
.

## About our decision

Our review showed that the roof damages are the result of a combination of man made damage, wear and tear, and improper installation which are excluded under the policy. Therefore, no coverage for repair or replacement to the roof is covered. The inspection revealed interior water damages due to inadequate flashing. There is no coverage for the flashing repair or replacement. Finally, additional damages not related to the roof was found to the dining room, guest bathroom, hallway and master bedroom. This damages was found to be the result of condensation and is not evaluated under this claim as this would be a separate issue. We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## About your settlement

The repair estimate included in the statement of loss shows repairs that are covered by your policy. It also includes your policy's deductible. The repair estimate uses prevailing local costs for the kinds of repairs you'll need to do.

## For more information

If you have any questions or concerns about your claim, please contact me at 833-530-2423 or SLISHK1@nationwide.com.

Sincerely,

Kevin Slish FL Lic# W666017
Nationwide Mutual Insurance Company
PO BOX 182068
Columbus, OH 43218-2205

Please do not construe this letter or any act or failure to act on the part of Nationwide or any agent or representative of Nationwide as a waiver of any right, defenses, privileges or objections available to it by contract or law, as all such rights, defenses, privileges and objections are hereby specifically reserved.

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

| | | | |
|---|---|---|---|
| Insured: | ABDUL RIFAI & DANI HBOUS | Cell: | (321) 230-5453 |
| Property: | 8728 CRESTGATE CIR | E-mail: | rifai1965@gmail.com |
| | ORLANDO, FL 32819-3855 | | |
| Home: | 8728 CRESTGATE CIR | | |
| | ORLANDO, FL 32819-3855 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Kevin Slish FL Lic W666017 | Business: | (833) 530-2423 |
| Business: | PO Box 182068 | E-mail: | kevin.slish@nationwide.com |
| | Columbus, OH 43218-2068 | | |

| | | | |
|---|---|---|---|
| Estimator: | Kevin Slish FL Lic W666017 | Business: | (833) 530-2423 |
| Business: | PO Box 182068 | E-mail: | kevin.slish@nationwide.com |
| | Columbus, OH 43218-2068 | | |

**Claim Number:** 603814-GM        **Policy Number:** 7709HR016210        **Type of Loss:** WIND DAMAGE

| | | | |
|---|---|---|---|
| Date Contacted: | 11/8/2021 3:26 PM | | |
| Date of Loss: | 4/11/2021 2:00 AM | Date Received: | 11/8/2021 2:00 AM |
| Date Inspected: | | Date Entered: | 11/8/2021 6:35 PM |
| Date Est. Completed: | 1/21/2022 2:17 PM | | |

| | |
|---|---|
| Price List: | FLOR8X_NOV21 |
| | Restoration/Service/Remodel |
| Estimate: | ABDUL_RIFAI_&_DANI_2 |

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

Dear Valued Customer,

Please refer to the attached itemized estimate. The estimate contains our valuation of the damages for the reported loss and was prepared using usual and customary prices for your geographic area. If this is a supplemental or updated estimate and your policy includes replacement cost coverage, please refer to our communication regarding how to make a claim for any additional eligible payment.

**THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.**

Please note that if your mortgage company is included on your claim payment check, contact the mortgage company to discuss how to handle the proceeds of this payment.

If you choose to hire a contractor or vendor to make repairs, please provide this estimate to them. If you, your contractor, or vendor determine that there are additional building fees and/or permits associated with the estimated repairs that are not included in this estimate, please contact me immediately so that I may review and make a determination as to the appropriate payment.

If you discover any additional damage to your property, please immediately contact me, either personally or through your contractor/vendor. We may need to re-inspect your property before authorization of supplemental payment. Please do not destroy or discard any of the damaged items until we have had an opportunity to inspect the damages and have reached an agreement with you on any supplemental cost.

Nationwide may also request to re-inspect your property, at your convenience, as part of our commitment to quality and customer service.

Thank you for allowing to serve your insurance needs. Please contact me at the numbers listed above if you have any questions regarding this estimate or any other matter pertaining to your claim.

NOTICE - Section 817.234, Florida Statutes, provides in part: "Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree."

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

**ABDUL_RIFAI_&_DANI_2**

**Main Level**

**Main Level**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Haul debris - per pickup truck load - including dump fees | | | | | | | | | | |
| | 0.25 EA | 144.81 | 0.00 | 7.24 | 43.44 | 0/NA | Avg. | NA | (0.00) | 43.44 |
| **Total: Main Level** | | | **0.00** | **7.24** | **43.44** | | | | **0.00** | **43.44** |

**Garage**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. Contents - move out then reset - Large room | | | | | | | | | | |
| | 1.00 EA | 80.11 | 0.00 | 16.02 | 96.13 | 0/NA | Avg. | 0% | (0.00) | 96.13 |
| 3. Mask per square foot for drywall work | | | | | | | | | | |
| | 50.00 SF | 0.27 | 0.16 | 2.74 | 16.40 | 0/150 yrs | Avg. | 0% | (0.00) | 16.40 |
| CEILING REPAIRS | | | | | | | | | | |
| 4. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 25.00 SF | 2.92 | 0.85 | 14.78 | 88.63 | 0/150 yrs | Avg. | 0% | (0.00) | 88.63 |
| 5. R&R Blown-in insulation - 8" depth - R19 | | | | | | | | | | |
| | 25.00 SF | 1.61 | 0.86 | 8.24 | 49.35 | 0/150 yrs | Avg. | 0% | (0.00) | 49.35 |
| 6. Texture drywall - machine - knockdown | | | | | | | | | | |
| | 50.00 SF | 0.68 | 0.16 | 6.84 | 41.00 | 0/150 yrs | Avg. | 0% | (0.00) | 41.00 |
| additional SF to blend | | | | | | | | | | |
| 7. Seal/prime then paint the surface area (2 coats) | | | | | | | | | | |
| | 605.00 SF | 0.80 | 7.87 | 98.38 | 590.25 | 19/15 yrs | Avg. | 95% [M] | (122.43) | 467.82 |
| WALL REPAIRS | | | | | | | | | | |
| 8. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | | |
| | 24.00 LF | 1.16 | 0.42 | 5.64 | 33.90 | 0/15 yrs | Avg. | 0% | (0.00) | 33.90 |
| masking for garage cabinets | | | | | | | | | | |
| 9. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 8.00 SF | 2.92 | 0.27 | 4.74 | 28.37 | 0/150 yrs | Avg. | 0% | (0.00) | 28.37 |
| 10. R&R Batt insulation - 4" - R13 - paper / foil faced | | | | | | | | | | |
| | 8.00 SF | 1.06 | 0.30 | 1.76 | 10.54 | 0/150 yrs | Avg. | 0% | (0.00) | 10.54 |
| 11. Texture drywall - machine - knockdown | | | | | | | | | | |
| | 20.00 SF | 0.68 | 0.07 | 2.74 | 16.41 | 0/150 yrs | Avg. | 0% | (0.00) | 16.41 |
| additional SF to blend | | | | | | | | | | |
| 12. Seal/prime then paint the surface area (2 coats) | | | | | | | | | | |
| | 170.30 SF | 0.80 | 2.21 | 27.68 | 166.13 | 19/15 yrs | Avg. | 95% [M] | (34.46) | 131.67 |
| 13. Paint the surface area - one coat | | | | | | | | | | |
| | 717.70 SF | 0.57 | 7.00 | 83.22 | 499.31 | 19/15 yrs | Avg. | 95% [M] | (108.92) | 390.39 |

**EXHIBIT E**



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

**CONTINUED - Garage**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals: Garage** | | | **20.17** | **272.78** | **1,636.42** | | | | **265.81** | **1,370.61** |

**Living Room**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 14. Seal/prime then paint the surface area (2 coats) | | | | | | | | | | |
| | 963.00 SF | 0.80 | 12.52 | 156.58 | 939.50 | 19/15 yrs | Avg. | 95% [M] | (194.86) | 744.64 |
| **Totals: Living Room** | | | **12.52** | **156.58** | **939.50** | | | | **194.86** | **744.64** |

**Loft**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 15. R&R Heat/AC register - Mechanically attached | | | | | | | | | | |
| | 1.00 EA | 24.52 | 0.59 | 5.02 | 30.13 | 19/25 yrs | Avg. | 76% | (7.31) | 22.82 |
| **Totals: Loft** | | | **0.59** | **5.02** | **30.13** | | | | **7.31** | **22.82** |

**Tarping services**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 24. Install Tarp services, detach and reset for inspections* | | | | | | | | | | |
| | 2.00 EA | 2,500.00 | 0.00 | 0.00 | 5,000.00 | 0/NA | Avg. | 0% | (0.00) | 5,000.00 |
| **Totals: Tarping services** | | | **0.00** | **0.00** | **5,000.00** | | | | **0.00** | **5,000.00** |

**Labor Minimums Applied**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 16. Drywall labor minimum | | | | | | | | | | |
| | 1.00 EA | 351.33 | 0.00 | 70.26 | 421.59 | 0/NA | Avg. | 0% | (0.00) | 421.59 |

**EXHIBIT E**



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

**CONTINUED - Labor Minimums Applied**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 17.  Insulation labor minimum | | | | | | | | | |
| 1.00 EA | 79.49 | 0.00 | 15.90 | 95.39 | 0/NA | Avg. | 0% | (0.00) | 95.39 |
| **Totals:  Labor Minimums Applied** | | **0.00** | **86.16** | **516.98** | | | | **0.00** | **516.98** |
| **Line Item Totals:  ABDUL_ RIFAI_&_DANI_2** | | **33.28** | **527.78** | **8,166.47** | | | | **467.98** | **7,698.49** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 14.52 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 151.79 | Surface Area | 1.52 | Number of Squares | 49.30 | Total Perimeter Length |
| 12.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**EXHIBIT E**



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 7,605.41 |
| Material Sales Tax | 33.28 |
| Subtotal | 7,638.69 |
| Overhead | 263.89 |
| Profit | 263.89 |
| **Replacement Cost Value** | **$8,166.47** |
| Less Depreciation | (467.98) |
| **Actual Cash Value** | **$7,698.49** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$6,698.49** |
| Total Recoverable Depreciation | 467.98 |
| **Net Claim if Depreciation is Recovered** | **$7,166.47** |

Kevin Slish FL Lic W666017

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 263.89 | 263.89 | 33.28 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **263.89** | **263.89** | **33.28** | **0.00** | **0.00** | **0.00** |

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

## Recap by Room

**Estimate: ABDUL_RIFAI_&_DANI_2**

| | | |
|---|---:|---:|
| **Area: Main Level** | **36.20** | **0.48%** |
| Area Subtotal:  Main Level | **36.20** | **0.48%** |
| Garage | **1,343.47** | **17.66%** |
| Living Room | **770.40** | **10.13%** |
| Loft | **24.52** | **0.32%** |
| Tarping services | **5,000.00** | **65.74%** |
| Labor Minimums Applied | **430.82** | **5.66%** |
| **Subtotal of Areas** | **7,605.41** | **100.00%** |
| **Total** | **7,605.41** | **100.00%** |

EXHIBIT E



**Nationwide Mutual Insurance Company**

P.O. Box 182068
Columbus, OH 43218-2068
Phone: 833-530-2423

### Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CONTENT MANIPULATION | 80.11 | | 80.11 |
| GENERAL DEMOLITION | 77.59 | | 77.59 |
| DRYWALL | 493.61 | | 493.61 |
| HEAT, VENT & AIR CONDITIONING | 21.72 | 6.86 | 14.86 |
| INSULATION | 104.81 | | 104.81 |
| PAINTING | 1,827.57 | 432.55 | 1,395.02 |
| O&P Items Subtotal | 2,605.41 | 439.41 | 2,166.00 |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| TEMPORARY REPAIRS | 5,000.00 | | 5,000.00 |
| Non-O&P Items Subtotal | 5,000.00 | 0.00 | 5,000.00 |
| O&P Items Subtotal | 2,605.41 | 439.41 | 2,166.00 |
| Material Sales Tax | 33.28 | 28.57 | 4.71 |
| Overhead | 263.89 | | 263.89 |
| Profit | 263.89 | | 263.89 |
| **Total** | **8,166.47** | **467.98** | **7,698.49** |

EXHIBIT E