# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ABDUL RIFAI; and DANI HBOUS,

    Plaintiffs,

v.                                                           Case No. 6:22-cv-717-RBD-LHP

NATIONWIDE MUTUAL
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

Defendant's Notice of Removal failed to establish that this Court has subject matter jurisdiction over this matter, so the Court ordered Defendant to show cause by May 9, 2022, why the case should not be remanded. (Doc. 9.) Defendant failed to timely respond to the Order to Show Cause. Given Defendant's failure to establish jurisdiction, this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. *See Sibilia v. Makita Corp.*, 674 F. Supp. 2d 1290, 1291 (M.D. Fla. 2009). The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 11, 2022.



ROY B. DALTON JR.
United States District Judge